In the Matter of the Claim of MICHAEL DUNNE, Respondent, against THE CITY OF NEW YORK, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal by employer from an award in claimant's favor. The sole question presented is that of rate; appellant contends that the award should have been made at the rate of eight dollars per week, instead of eighteen dollars and thirty-

three cents as fixed by the State Industrial Board. Claimant was a laborer in the department of sanitation of the city of New York. On December 31, 1933, while claimant was engaged in picking ice with a pick his fingers became frost bitten causing the injuries in question. From December 29, 1932, to December 29, 1933, claimant had been employed as a counterman and bartender earning twenty-five dollars per week, later increased to thirty dollars per week. As an employee of appellant he was available for work seven days a week. He was required to shovel snow, break ice with a pick and clear the streets of snow and debris. In view of the fact that claimant had not worked substantially the whole of the year immediately preceding his injury as a laborer his average weekly wage was fixed by the Industrial Board at twenty-seven dollars and fifty cents based on wages of a laborer employed in the department of sanitation of the city who earned twenty-seven dollars and fifty cents per week. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.